Execution Version

## EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>Defendant. | Civil Action No. 08-5869 (SDW)(MCA)<br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Madeline C. Arleo, U.S.M.J. |

### JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above-entitled action by their attorneys, that:

(1) No party admits liability;

(2) Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the claims dismissed by this Order; and

(3) The Complaint against Defendant Teva is hereby dismissed without prejudice. The dismissal shall be without prejudice as to any other product or process.

3672597v.1

**Execution Version**

Dated: *11-30*, 2009                                            Respectfully submitted,

GRAHAM CURTIN                                                   KROVATIN KLINGEMAN LLC

*/s/ George C. Jones*                                           _____
Thomas R. Curtin                                                Gerald Krovatin, Esq.
George C. Jones                                                 744 Broad Street, Suite 1903
Kathleen N. Fennelly                                            Newark, New Jersey 07102
4 Headquarters Plaza                                            (973) 424-9777
P.O. Box 1991
Morristown, New Jersey 07962-1991                               *Attorneys for Plaintiff Laboratories Fournier*
(973) 292-1700                                                  *S.A.*

*Attorneys For Plaintiff Abbott Laboratories*
                                                                OF COUNSEL:

OF COUNSEL:                                                     Glenn J. Pfadenhauer
                                                                Kevin Hardy
Chad J. Peterman                                                Anne M. Rucker
Jesse A. Devine                                                 Kendra P. Robins
PATTERSON BELKNAP WEBB & TYLER LLP                              WILLIAMS & CONNOLLY LLP
1133 Avenue of the Americas                                     725 Twelfth Street, N.W.
New York, New York 10036-6710                                   Washington, D.C. 20005
(212) 336-2000                                                  (202) 434-5000

                                                                Timothy C. Bickham
                                                                STEPTOE & JOHNSON LLP
                                                                1330 Connecticut Avenue, NW
                                                                Washington, D.C. 20036-1795
                                                                (202) 429-5517

LITE DEPALMA GREENBERG & RIVAS, LLC


_____
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, NJ 07102


3672597v.1

Execution Version

Dated: _____, 2009                                    Respectfully submitted,

GRAHAM CURTIN                                           KROVATIN KLINGEMAN LLC

_____                          _____
Thomas R. Curtin                                        Gerald Krovatin, Esq.
George C. Jones                                         744 Broad Street, Suite 1903
Kathleen N. Fennelly                                    Newark, New Jersey 07102
4 Headquarters Plaza                                    (973) 424-9777
P.O. Box 1991
Morristown, New Jersey 07962-1991                       *Attorneys for Plaintiff Laboratories Fournier*
(973) 292-1700                                          *S.A.*

*Attorneys For Plaintiff Abbott Laboratories*

                                                        OF COUNSEL:

OF COUNSEL:                                             Glenn J. Pfadenhauer
                                                        Kevin Hardy
Chad J. Peterman                                        Anne M. Rucker
Jesse A. Devine                                         Kendra P. Robins
PATTERSON BELKNAP WEBB & TYLER LLP                      WILLIAMS & CONNOLLY LLP
1133 Avenue of the Americas                             725 Twelfth Street, N.W.
New York, New York 10036-6710                           Washington, D.C. 20005
(212) 336-2000                                          (202) 434-5000

                                                        Timothy C. Bickham
                                                        STEPTOE & JOHNSON LLP
                                                        1330 Connecticut Avenue, NW
                                                        Washington, D.C. 20036-1795
                                                        (202) 429-5517

LITE DEPALMA GREENBERG & RIVAS, LLC

_____
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, NJ 07102

3672597v.1

Execution Version

(973) 623-3000

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Bruce M. Gagala
Jeffrey B. Burgan
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, IL 60601-6780
(312) 616-5600

So Ordered
this 1ST day of December, 2009

Susan D. Wigenton, U.S.D.J.

3672597v.1